JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC., a non-profit corporation on behalf of Affected Performers,<br><br>Petitioner,<br><br>v.<br><br>RETURN TO SENDER APS, FIRST LOOK MEDIA, INC. and INTANDEM FILMS, PLC,<br><br>Respondents. | Case No. 2:12-cv-01791-JHN-JEM<br><br>**JUDGMENT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Court's May 4, 2012 Order Granting Petitioner Screen Actors Guild, Inc.'s Motion for Order Confirming Arbitration Award,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment be entered in this case as follows:

1. The arbitration award in favor of Screen Actors Guild, Inc. and against respondent Return to Sender, ApS, First Look Media, Inc., and Intandem Films, PLC (collectively "Respondents"), SAG Case No. TM3078, dated April 6, 2008, is confirmed in all respects.

2. Respondents are ordered to pay as follows:

    (a) To Screen Actors Guild, Inc. the sum of $600,000;

JUDGMENT

- 1 -

        (b)        To Screen Actors Guild, Inc. for its attorney's fees incurred in this action, the sum of $3,200; and

        (c)        To Screen Actors Guild, Inc. for its costs incurred in this action, the sum of $350.

3.    Screen Actors Guild, Inc. is hereby granted an assignment of Respondents' accounts receivable from the distribution, exhibition, exploitation or other use of the motion picture entitled *Return to Sender*, aka *Convicted,* anywhere in the world until the amounts due are paid in full.

Dated: May 04, 2012

_____
Judge of the United States District Court